NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PROVERIS SCIENTIFIC CORPORATION,**
*Appellant*

v.

**INNOVASYSTEMS, INC.,**
*Appellee*

———————————

2015-1436

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,578.

———————————

**JUDGMENT**

———————————

SUSAN HANMER FARINA, Proveris Scientific Corporation, Marlborough, MA, argued for appellant. Also represented by BARRY SCHINDLER, Greenberg Traurig LLP, New York, NY; LENNIE A. BERSH, Florham Park, NJ.

JOSEPH F. POSILLICO, Fox Rothschild, LLP, Philadelphia, PA, argued for appellee. Also represented by FRANK T. CARROLL; AJIT JAYANT VAIDYA, ERIC DEAN MOREHOUSE, WILLIAM THOMAS SLAVEN, Kenealy Vaidya, LLP, Alexandria, VA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 10, 2015                              /s/ Daniel E. O'Toole
         Date                                  Daniel E. O'Toole
                                               Clerk of Court